IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0287

_____

IN RE THE MATTER OF THE GUARDIANSHIP
OF:

L.R.T.S.,


DAVID MARK SAMMONS,

          Petitioner and Appellee,

    v.

ECHO RENE SIMS,

          Respondent and Appellant.

O R D E R

_____

Appellee David Mark Sammons, through counsel, has filed a motion for extension of time to file his response brief.  Good cause appearing,

IT IS HEREBY ORDERED that Appellant has until February 3, 2023, to file his response brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 4 2023